Eric BEISHLINE, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 67804.

Missouri Court of Appeals,
Eastern District,
Northern Division.

Nov. 21, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 17, 1996.

Kathleen G. Henry, Green, Hennings & Henry, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General and Cheryl A. Caponegro, Assistant Attorney General, Jefferson City, for respondent.

Before REINHARD, P.J., and AHRENS and RHODES, JJ.

*ORDER*

PER CURIAM.

Movant appeals the denial of his Rule 24.035 motion for post-conviction relief following an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous; and no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).